UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

SUSANO RODRIGUEZ, et al.,

                              Plaintiffs,

           -against-                          1:23-cv-10386 (ALC)

NEW OGDEN PARKING LOT INC.,          **ORDER**
NICOLAS HERNANDEZ, and GERALD
HERNANDEZ,

                              Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' proposed settlement agreement and accompanying joint motion to approve the settlement agreement, filed August 7, 2024. ECF No. 19. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:    **October 23, 2024**
               **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**